IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 26

| | | |
|---|---|---|
| **SHIRLEY ANN FEDORA,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| **ALISHA SANE LOLLAR,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Compel (#24) filed by Plaintiff. An examination of the file in this matter shows there has previously been presented to this Court multiple motions for extension of time to respond to discovery (#14), motion to compel (#16), and motions for extension of time concerning scheduling orders (#18), (#22). On May 16, 2017, the undersigned entered an Order (#25) granting a Motion to Extend Deadlines and immediately thereafter Plaintiff filed her Motion to Compel, which would have been outside of the time that discovery was to have closed on May 15, 2017, absent the extension of the time granted by the Order (#25) entered on May 16, 2017.

A further examination of the file shows that Defendant responded to the discovery request of Plaintiff on January 29, 2017, over three months prior to Plaintiff filing her Motion to Compel. The discovery in this matter will close on

1

June 15, 2017. No further extensions will be allowed by this Court. For the foregoing reasons, the undersigned will enter an Order directing that Defendant respond to the Motion to Compel on or before May 25, 2017 and a hearing will be held before this Court on June 6, 2017.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Defendant shall respond to the Motion to Compel (#24) on or before **May 25, 2017** and a hearing will be held before this Court on **June 6, 2017 at 2:00 p.m.** in Courtroom #2 in the United States Courthouse in Asheville, North Carolina concerning the Motion to Compel. Both the Plaintiff, acting pro se, and counsel for Defendant will be required to appear at the hearing of the Plaintiff's Motion to Compel.

Signed: May 18, 2017

Dennis L. Howell
United States Magistrate Judge